JAMES E. KETCHUM et al., Appellants, *v.* ELIZABETH A. HER-
RINGTON, Respondent.

(Argued October 25, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the fifth judicial department, entered upon
an order made March 29, 1892, which reversed a judgment in
favor of plaintiffs entered upon the report of a referee and
granted a new trial.

*Augustus Harrington* for appellants.

*H. F. Remington* for respondent.

Agree to affirm and for judgment absolute in favor of
defendant upon stipulation; no opinion.
All concur.
Judgment accordingly.

_____

EMMA KELLER et al.. Respondents, *v.* HENRY FELDMAN,
Appellant.*

(Argued October 25, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made June 30, 1893, which affirmed a judgment in
favor of plaintiffs entered upon a decision of the court on
trial at Special Term.

*John Henry Hull* for appellant.

*George F. Langbein* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

_____

* Reported below, 70 Hun, 377.